UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANIKA LASHAY ROBINSON

        Plaintiff,

Case No: 11-CV-11267-DT

v.

COMMISSIONER OF SOCIAL SECURITY

        Defendant.
        _____/

## JUDGMENT

In accordance with the "Opinion and Order Sustaining the Commissioner's Objections, Rejecting the Magistrate Judge's Report and Recommendation, Denying Plaintiff's Motion for Summary Judgment and Granting the Defendant's Motion for Summary Judgment" entered on September 26, 2012,

Judgment is entered for defendant Commissioner of Social Security and against plaintiff Shanika Lashay Robinson.

        ENTERED BY ORDER OF THE COURT

        S/Lisa Wagner
        LISA WAGNER, Deputy Clerk and Case
        Manager to Judge Robert H. Cleland
        (313) 234-5522

Dated: September 26, 2012

9/26/12: PDK:S:\Cleland\LISA\H H S\jgmssc2.wpd